

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00524-CV

**IN RE M.R.D. ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02024
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On September 25, 2019, Appellant Mother A.A. filed her brief. In reviewing the brief (and in particular pages five through seven), we have determined that the brief violates Texas Rule of Appellate Procedure 38(i) in that it does not "contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(i). While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9. We conclude the brief flagrantly violates Rule 38.

Further, included in the appendix attached to Appellant Mother A.A.'s brief is the trial court's order terminating her parental rights. Texas Rule of Appellate Procedure 9.8 requires that in an appeal "arising out of a case in which the termination of parental rights was at issue," "all papers submitted to the court, including all appendix items submitted with a brief," must protect the identity of a minor through use of an alias. TEX. R. APP. P. 9.8(b)(1). The order of termination included in the appendix is not redacted and does not protect the identity of the children. *See* TEX. R. APP. P. 9.8(b)(1)(C) (requiring all documents to be redacted and only identify a minor by an alias). We therefore STRIKE the appendix attached to Appellant A.A.'s brief.

We ORDER Appellant Mother A.A. to file on or before **December 6, 2019** an amended brief correcting the violations described above. If an amended brief is not filed timely or if an amended brief is filed timely but does not correct the violations described above, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

Any other party wishing to supplement their respective brief must do so fifteen days after the date Appellant Mother A.A. files her amended brief.

Given the time constraints governing the disposition of this appeal, no extensions will be granted absent extenuating circumstances.

It is so **ORDERED** on this 21st day of November, 2019.

PER CURIAM

ATTESTED TO: 

MICHAEL A. CRUZ,
Clerk of Court